# EXHIBIT 47

# LELAND TOWNSHIP BOARD

P.O. Box 238
Lake Leelanau, MI 49653

Phone:    231-256-7546
Fax:      231-256-2465

Clint Mitchell, Supervisor

Shirley Garthe, Treasurer
Lisa Brookfield, Clerk

Greg Kuntz, Trustee
Steve Scales, Trustee

## LELAND TOWNSHIP BOARD MEETING
### July 15, 2026 – 1:00 PM
### Leland Township Office
### Agenda

**CALL TO ORDER/PLEDGE OF ALLEGIANCE**

**APPROVAL OF AGENDA**

**DECLARATION OF CONFLICT OF INTERESTS**

**PUBLIC COMMENT**
1. Appoint Mary Linguar to the ZBA
2. Appoint Lisa Psenka to the ZBA
3. Appoint as alternate Tony Borden to the ZBA

**ACTION ITEMS**
  **OTHER/OLD BUSINESS**

**CORRESPONDENCE**
**BOARD COMMENT**
**PUBLIC COMMENT**
**ADJOURNMENT**

Lisa Brookfield, Leland Township Clerk          Date Approved: