

# EXHIBIT 48

 
**All**   Photos   Reels

## All posts

 **Zachary Mikowski**
14h ·                                          •••

 **Benjamin Joseph Crow**
14h · 

What a joke, Leland township is trying to pass a meeting under the radar to appoint members to the zoning board of appeals to try to pass the Youth for Christ location approval. This is now the second scheduled appointment with the first was today with not enough room for everyone to attend and was rescheduled due to fire department occupancy rules.Also there has been more people submitted to the choices and have not been recognized or considered due to them not being liked by the main board.
This has to stop, this township board is not working for the local people of this township or the majority.
Meeting is scheduled for Monday July 20th at 10am next to the library meeting room
Leelanau Ticker
Zachary Mikowski Stacey Nield Brugeman

 19                                    2 comments

 Like                      Comment

---

 **Zachary Mikowski**
20h · 

Chalk one up for the people! Everyone should be aware, Leland Twp board is trying to organize another quick meeting tomorrow or Friday To stack the zoning board with yes people for YFC.

 54                                    17 comments

 Like          Comment          Send

    

**All**   Photos   Reels

👍❤️😮 19                                    2 comments

👍 Like                          💬 Comment



**Zachary Mikowski**
20h · 👥                                    ···

Chalk one up for the people! Everyone should be aware, Leland Twp board is trying to organize another quick meeting tomorrow or Friday To stack the zoning board with yes people for YFC.

👍❤️ 54                                    17 comments

👍 Like          💬 Comment          📨 Send

**Zachary Mikowski**
22h · 👥                                    ···

Seems as though the YFC and Bearman are at it again! This time the Leland Township Board called a "special" meeting to appoint 3 Zoning Board administrators. Any hurried actions should be viewed as suspect as it doesn't allow for public comment, discovery of any conflict of interest, or for the possibility of other candidates to emerge. This special meeting is at 1PM TODAY. If we can get 40 people to show up, the meeting must be rescheduled per fire code. This meeting is open to anyone and everyone and not just Leland township members. Leland township office is located next to the BP in lake leelanau.

👍😮 65                                    18 comments

👍 Like          💬 Comment          📨 Send



**MV White**
2h · 

When someone shows you who they are believe them.

Full video: https://youtu.be/X-LyMkeD-50?is=rERg9fDbeX07lbhh

He is still stepping on the throats of others to get his way!

This is the Apollos applicant for the Youth for Christ special use permit in downtown Leland. The way he is going about it does not appear to be Christ like at all!

Please come to the Monday July 20 ZBA meeting 10am in the Munnecke room.



Comment as Ery... 😎 GIF ☺