# EXHIBIT 52

# A preacher's push for a Christian clubhouse has sliced through a small Michigan tourist town

By

Lindsay Moore | lmoore@mlive.com Rose White | rwhite@mlive.com
Updated: Jun. 28, 2026, 1:57 p.m.
Published: Jun. 28, 2026, 7:00 a.m.





A land-use dispute over a Chrisitan clubhouse has escalated in the tourist town of Leland. As the appeal pends with the zoning board, religion looms large.

LELAND, MI - When the roads start to curve, life slows down in Northern Michigan. The Leelanau Peninsula draws thousands of visitors to its fresh waters, crisp wines and rolling dunes.

Sandwiched between the region's top tourist attractions and Michigan's most visited national park, Leland markets itself as a quaint village amidst all the bustle.

For the past year, a zoning dispute has sliced through the quiet Up North community.

A Christian youth ministry wants to set up a teen clubhouse in Leland. But the building sits in a downtown district where only businesses are allowed.

This led to crowds lining up at public meetings. Teams of lawyers poring over zoning ordinances. Hundreds of pages of legal analysis.

This isn't a regular small-town zoning dispute.

The youth ministry is backed by Jim VanSteenhouse, a former mortgage industry CEO turned traveling preacher who owns Apollos Properties LLC, which has slowly started buying some property around the peninsula.

The proposed teen center sits in a specific commercial district that touches the historic Fishtown district's borders.

All this factored into a 4-1 vote in April: The clubhouse could not operate downtown. Now, an appeal is before the Leland Township Zoning Board of Appeals.

To Leland officials, it is simply about zoning.

But with a legal heavyweight and millions of property value in the mix, a land use fight could turn into a religious rights brawl.

"For the people, the town, the city council, this is not about religion," said Ryan Burge, a political scientist who researches religion in America. "But then they're saying, 'You're impinging upon our religious freedom to worship however we see fit.' This is a nightmare for a local government."



Potential Youth for Christ site

Historic Fishtown



Youth for Christ clubhouse potential site near historic Fishtown in Leland, Michigan.Kaytie Boomer | MLive

**Who is BearMan?**

Years before the zoning dispute in Michigan's pinky, there was a bear attack in Canada.

VanSteenhouse was on a moose hunting trip in the Northwest Territories of Canada when a grizzly bear mauled him on Sept. 10, 2015. As he was airlifted out of the wilderness, he recalls asking himself, "If I close my eyes and I never open them, am I going to heaven or am I going to hell?"

He survived with 47 staples in his head, broken bones and deep gashes in his flesh. This brush with death put his life on a new path, he said in a recent interview with MLive at his home.

VanSteenhouse spent his career in the mortgage industry, becoming the CEO of InterLinc Mortgage Services shortly after the 2008 housing crisis. It was a small business, he says, a "pimple on a pimple" compared to the behemoth mortgage lenders.

Under his tenure, the Texas-based company grew from $10 million to $2.5 billionover 16 years, based on previous reports on his company. It was there that Jim met his wife, Liz.



Jim and Liz VanSteenhouse pose for a photograph in their home in Leland, Mich. on Monday, June 8, 2026.Kaytie Boomer | MLive.com

The bear attack remolded VanSteenhouse's career and persona.

He began calling himself BearMan, sharing his survival story across the country under his new venture, BearMan Ministries. Liz traveled with him, sharing how her faith guided her out of alcoholism. The couple now spends about 25 weekends on the road, speaking candidly about their faith in barns, at rodeos and in churches.

"God answered my prayers through a grizzly bear," Liz VanSteenhouse said.

Jim VanSteenhouse said he was juggling both careers until one morning in 2020, on the porch of Grand Hotel on Mackinac Island, God spoke to him. Over a cup of coffee, VanSteenhouse made the decision to leave the mortgage company and commit to ministry full time. He stepped down as CEO in 2021.

A year later, the VanSteenhouses moved their two teenagers from Houston to Leland permanently.

They had previously picked the Up North peninsula to be their summer home, but Jim VanSteenhouse said he felt "the Lord was leading us here full time."

After settling in, the couple sought comfort from home.

Jim VanSteenhouse thought Leland should have a youth ministry like the one his brother-in-law, Todd Cramer, runs in Michigan's Thumb under Youth for Christ, a national Christian evangelical organization founded in 1944 and popularized by Billy Graham.

VanSteenhouse envisioned creating a safe environment for teenagers to put down their phones, spend time outdoors and talk about Jesus together.

The first step: Finding a pastor. His nephew, Micah Cramer, whom Liz VanSteenhouse says was "born with a Bible in his hand," had just graduated college and agreed to run it alongside his wife, Kya. They moved into a home VanSteenhouse owns because "a youth pastor just can't buy a home here."

Youth for Christ Lighthouse, a countywide ministry, launched in June 2023.

The ministry first gathered on VanSteenhouses' property, which they call Bear Mountain, a swath of land he purchased for $1.9 million near the Whaleback Nature Preserve off M-22.



A view of the exterior of Jim and Liz VanSteenhouse's home in Leland, Mich. on Monday, June 8, 2026.Kaytie Boomer | MLive.com

A handcrafted iron gate depicting cherubim and wildlife opens up to a long, stone driveway to the house.

Sitting atop a 300-foot bluff over Lake Michigan, floor-to-ceiling windows frame the horizon where the water meets the sky. The lodge-like home is outfitted with exposed beams, natural stone and copper details.

A chandelier made from white tail buck antlers is the first of many reminders that VanSteenhouse is an avid hunter. A moose head over a fireplace and a standing taxidermy bear bring the grandiose nature of BearMan Ministries to life in an office outfitted with mounts and pelts – each with a story from Canada to Tajikistan. VanSteenhouse now wears a bear claw around his neck.

On the wall, Genesis 50:20 etched into a slice of log outlines his mission: "You intended to harm me, but God intended it all for good. He brought me to this position so I could save the lives of many people."



A view of a Bible verse and taxidermy mounts that hang in Jim VanSteenhouse's office in his and Liz VanSteenhouse's home in Leland, Mich. on Monday, June 8, 2026.Kaytie Boomer | MLive.com

It was atop Bear Mountain, in a separate 800-square-foot house, where the Cramers began a youth bible study with about 20 teens regularly attending in 2023. As the group gathered students from five different high schools, they often met at the beach for more space.

"We had the burden to start this, but now everyone else has caught the vision," Liz VanSteenhouse said.

In February 2025, records show VanSteenhouse's Apollos Properties LLC bought two buildings in downtown Leland for $1.2 million.

The two white structures sit one block from Fishtown, a collection of waterfront shops that has long been the town's biggest tourist draw. The plan was to renovate one of the downtown buildings, where Grand Traverse Distillery had a tasting room, into a teen Christian clubhouse.

It would become the home base for Youth for Christ Lighthouse.

When the application for a special use permit initially landed before the Leland Planning Commission at a November meeting, only a handful of people shared their opinions on the matter. Then commissioners peppered the applicant with questions. Was it a club or a church, they wondered.

The VanSteenhouses say they found Leland after years of quiet conversations with God. But many people in the community first met Jim at this November meeting, when he talked publicly about their plans for the teen center. It was a speech, according to a transcript obtained by the Glen Arbor Sun, that was marked by

him pounding his fists on the podium.

As VanSteenhouse presented the Youth for Christ plan, he gave the public a glimpse of BearMan, the preacher.

Word spread fast.

**Small town, big fight**

Leland is a village where family trees are described in generations, and Great Lakes fishing history links many branches. The year-round population arches to just over 2,000 people, although the township estimates that number balloons to 12,000 on a busy summer day.

A collection of familiar last names fills the roster for Leland PTOs, sports, businesses and boards so it's easy to spot a newcomer.

In a town known for smoked whitefish and tugboats, their newest neighbor was offering a different experience: baptisms on the bay and worship on wakeboards.



An aerial view of Van's Beach and the shoreline in Leland, Mich. on Monday, June 8, 2026. Kaytie Boomer | MLive.com

When the township scheduled a public hearing for the Youth for Christ permit last December, so many people showed up that it was "canceled due to room capacity." It was rescheduled for January at a bigger venue, the Northport Performing Arts Center.

Dozens of people lined up to speak, getting three minutes each. The hearing lasted more than three hours.

"It's been terribly divisive, but the vast majority of the community is against this," said Lee Cory, chair of the Leland Township planning commission.

The township's legal representative declined MLive's request for comment citing the ongoing appeal process.

**A stack of opposition letters**

At these packed township meetings, parents described how the Cramers began volunteering in and attending public events at school districts across the peninsula.

Some parents and educators who spoke to MLive described Youth for Christ volunteers dropping off iced coffees to students at one high school and the Cramers sitting at lunch tables to talk about God with students at another.

The repeated concern throughout these conversations was the lack of parental consent.

On Oct. 22 and on Nov. 18, residents from 78 households, representing 109 kids and teens throughout Leelanau County sent non-consent letters to the Cramers, according to reporting by the Glen Arbor Sun.

The letter describes the signees as "pro-faith" and "pro-parent" but states plainly residents were uncomfortable with how the Cramers were trying to "pursue our youth." The letter was sent to the Cramers and the Leland Public Schools superintendent.

The VanSteenhouses say they were caught off-guard by the non-consent letters. They emphasized that Youth for Christ is voluntary, welcoming and focusing on students ages 11 to 19.

Bringing young people into Christianity is not unique to Leland nor is it new.

Christianity has "always been obsessed" with evangelizing to the next generation, said Ryan Burge, professor of religion and politics at Washington University. Burge was a Baptist minister for 20 years and now authors in-depth data analysis on politics and religion.

He notes most Americans form their religious habits by their 30th birthday. And some faith-based organizations, like Youth for Christ, offer nontraditional ways of worshipping, like studying the Bible on a boat.

Churches are facing increasing pressure to appeal to young people as the nation trends away from religion. Despite a narrative that Gen Z is a revival generation, the data shows that young adults are less religious than Millennials and Gen X.

"The thing you constantly hear in certain churches is if you don't have crying babies in the congregation, you don't have a future," Burge said. "Retention is the most important metric in all of religion."





A view of Youth for Christ, 110 N Lake St. in Leland, Mich., on Monday, June 8, 2026. Kaytie Boomer | MLive.com

Days before the special use permit hearing last November, Micah Cramer spoke at Northport Evangelical Covenant Church. He told parishioners he and Kya were shocked by the parental opposition and claimed they were kicked out of schools.

He described walking out of the post office with two large packages and read excerpts of the non-consent letters, according to the church's YouTube video of the speech.

"There's been a unique challenge in the last couple months," Cramer said. "There's been resistance from the enemy, resistance from community members. I was kicked out of a local school, no longer allowed to volunteer there. No reasoning, no feedback, no response, just kicked out. Another school told me to step back and then re-evaluate."

The YouTube clip circulated on social media quickly, with many Leland residents zeroing in on the phrase "the enemy."

Burge, the religious expert, says this language is typical for Evangelical Christians, noting that the New Testament frames persecution as a test of faith.

"They want to feel like they're being embattled," Burge said. "This is a core strain in American evangelicalism, everyone's against us. The government doesn't want us to worship. The people are against us."

During an interview with MLive at his home, Jim VanSteenhouse pulled a similar stack of unfavorable mail out of the top drawer of his desk. Even months later, he questions why parents felt the need to send the letters.

"Just don't let your kid come," VanSteenhouse said. "Why do you gotta write us a letter? You're the parent. Just be a parent and tell your kid not to come."

Leland Public Schools declined MLive's repeated requests for comment. Suttons Bay Public Schools told MLive the Cramers "didn't/don't volunteer here."

### Help or hurt?

Some in Leland did not mind the idea of a Christian youth club, but they questioned why it needed to be smack dab in the middle of a downtown known for its roaring dam and cheese shop.

The $1.2 million buildings on Lake Street are a valuable piece of real estate not just for the marina view but for the foot traffic. Leland is notorious for its tight parking, which means there's a constant stream of people walking in front of, between and behind this point connecting downtown and Fishtown.





A view of buildings at 110 N Lake St. in Leland, Mich., on Monday, June 8, 2026. Kaytie Boomer | MLive.com

Ahead of the special use permit vote, 27 Leland business owners wrote an opposition letter, obtained by the Glen Arbor Sun, to be considered by the planning commission. Some of Leland's most iconic businesses were among those who signed the letter. Many declined MLive's request for comment.

The letter stated "Leelanau County teens absolutely have a right to both gather and worship" but business owners said they feared the precedent a Christian clubhouse would set. The letter also flagged concerns about parking, job opportunities, tax revenue and discouraging pedestrian sales.

These worries were inflamed by a March letter from Apollos Properties' lawyers who questioned Fishtown's charitable tax exemption.

Although the legal team says it's a separate issue, some in town viewed it as an attack on the tourist destination.

The phrase "I stand with Fishtown" started spreading on social media as the community rallied behind their top attraction.



A view of Fishtown in Leland, Mich. on Monday, June 8, 2026. Kaytie Boomer | MLive.com

VanSteenhouse said he simply wants a closer look at the rules, indicating his own interest in tax exemption. His long-term plan is for rental income to financially sustain the ministry. County records show Apollos Properties owns three parcels in downtown Leland.

To the VanSteenhouses, the central location is exactly what makes it attractive. They envision the clubhouse, with its popcorn machine and tabletop games, will invite teenagers to drop in. And Jim VanSteenhouse argues teens will be a "rising tide," spending cash at downtown businesses.

"Why can't you give one of the most coveted pieces of real estate in town to the kids? Somebody tell me that," he said.



A view inside Youth for Christ, 110 N Lake St. in Leland, Mich., on Monday, June 8, 2026. Kaytie Boomer | MLive.com

A fear of the unknown fueled speculation about the physical footprint of the Youth for Christ Lighthouse ministry.

Some community members told MLive they felt overpowered by the VanSteenhouses' wealth, resources and growing real estate profile.

"When somebody has the resources to accomplish a lot, they possibly lose sight of what is happening around them," said Michelle White, who runs a faith-based non-profit organization in Leland. "Nobody wants to tell them not to have faith with children. That's not the problem here. It's how and where."

Early on, Liz VanSteenhouse said she had conversations with parents of her teenagers' friends at Leland Public Schools. They told her they understood the intention, but the location was wrong for a religious-based club. As the issue escalated, those texts and calls dwindled.

"There's some people that are afraid," she said. "This has been a very beloved, very generational town. I respect that. We want it to flourish and we're not trying to change it. We're just trying to help people who are hurting and have a space for them."

"It's really that simple."

**Big questions about a small comma**

By April, the planning commission was ready to deliberate.

As the commissioners ticked through a list of 16 zoning standards, Apollos Properties checked some boxes but not enough.

"It's not a popularity contest," Cory said. "Our job is to apply the law to the facts."

Parking, no issue. There were no plans to change the outside of the building. And the clubhouse wouldn't need any new infrastructure like water or sewer pipes.

One of the big hang-ups: the definition of club.

Under Leland's zoning, the Youth for Christ building sits in a specific commercial district that touches the edge of Fishtown. Churches are not allowed there. But the township tweaked the rules in 2009 to allow clubs with a special use permit.

That 31-word amendment to the ordinance was put under a microscope.

"Clubs and other establishments which provide food or drink for consumption by persons seated within a building that is not part of a drive-in, and may also provide dancing and entertainment," it states.

One missing comma after the word "which" makes the definition of club hazy.

The Apollos Properties legal team argued that "club" is a broad term in the zoning rules for organizations that focus on sports, arts, politics or "similar activities." But the township planning commission, when it penned the ordinance for that specific district, intended for clubs to be strictly defined as places that provide food or drink.

Keith Ashley, a former commissioner who helped write the amendment, says the planning commission intended for only certain clubs, like yacht clubs, to be downtown, but they put a comma in the wrong place.

"We're not English majors," he said.

There were also questions about whether Youth for Christ fit under the township's broader definition of club that is "open only to members and not the general public."

A 4-1 vote denied the special use permit.





A view of the Leland River Dam in Fishtown in Leland, Mich. on Monday, June 8, 2026. Kaytie Boomer | MLive.com

**Zoning appeal tees up a bigger fight**

Eight days later, the appeal letter arrived.

The team behind VanSteenhouse had grown. There were the original two attorneys. There was also a public relations firm.

In the background, a politically-connected friend who had argued in front of the U.S. Supreme Court brought legal firepower to the small-town zoning dispute.



A view of the "Bear Mountain" clock along the driveway of Jim and Liz VanSteenhouse's home in Leland, Mich. on Monday, June 8, 2026. Kaytie Boomer | MLive.com

Thor Hearne and the VanSteenhouses are neighbors up on the bluff. Hearne stepped in as legal counsel for free. He says his devotion to the cause is motivated by his family's 120-year history within the Leland community.

Leland is beloved, Hearne says, and he doesn't want the township to "make a stupid decision" that will cost a lot of money.

"They're playing with live wires and they're going to get hurt," he told MLive. "They're running with scissors."

To Hearne, denying the clubhouse permit is a violation of the constitutional rights to free speech, assembly, religion and property.

As the appeal pends with the zoning board, religion looms large. Hearne asked the U.S. Department of Justice to investigate the issue under President Donald Trump's newly formed task force on "Anti-Christian bias."

"The zoning code cannot trump the United States Constitution," Hearne said in a MLive interview.

The Hearne family intertwines with GOP politics as far back as the Reagan administration.

The late matriarch, Donna Hearne, founded the Constitutional Coalition, a nonprofit organization "dedicated to educating and defending American liberties," according to the website. It also raises money to support Constitutional legal causes. It has a public file on Youth for Christ in Leland, including Hearne's letter to the DOJ.

Thor Hearne also served as campaign legal counsel for Presidents George W. Bush and Donald Trump. He defended both in election recount cases, like Bush's 2000 "hanging chads" case and Trump's lawsuit to overturn Michigan's 2020 election results.

In letters to the township, obtained by MLive by the Freedom of Information Act, Hearne states that the permit denial is "an extremely risky endeavor" and suggested lawyers defending Fishtown "should put their floaties back on and get back in the kiddy pool."

He compared the opposition to the Salem Witch Trials, drawing parallels of how "mass hysteria, false accusations and the dangers of extremism can unfortunately beset a small community."

The next hurdle is the appeal before the Leland Township Zoning Board of Appeals. The meeting has not yet been scheduled.



A view inside Youth for Christ, 110 N Lake St. in Leland, Mich., on Monday, June 8, 2026. Kaytie Boomer | MLive.com

As for the VanSteenhouses, they say the mission is larger than the location.

These days, the Youth for Christ clubhouse is dark.

Renovation work has been paused while the permitting process continues.

In one corner, stone samples, paint swatches, tile squares and renderings depict the grander vision: A 2,470 square-foot clubhouse facing the marina in the north building.

Notes handwritten by teenagers cover the walls, "Jesus loves Leelanau County," "Let them come!" and "the Lord is my Shepherd, I fear nothing."

Tourists walk past the empty building where a chalkboard sits in the window, "God has a plan for this summer."

VanSteenhouse says he does not know what will happen after the board of appeals makes its decision. He considers himself a rule follower, and if the rule says, "you cannot be there, I can't be there."

"I'm not here to jam Jesus down anybody's throat," he said.