Reset Form

WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Apollos Propoerties, LLC, et al.,

                    Plaintiff(s),                         Case No. 26-2307

v.                                                        Jg. Maloney

Leland Township, et al.,

                    Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,   Apollos Propmtes LLC
                                                        (Party Name)
makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2.  Does party have any parent corporations? ☐ Yes ☒ No
    If yes, identify all parent corporations, including grandparent and great-grandparent
    corporations:

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other
    publicly held entity? ☐ Yes ☒ No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct
    financial interest in the outcome of the litigation? ☐ Yes ☒ No
    If yes, identify entity and nature of interest:

Date: August    2026          _____
                                          (Signature)