**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| APOLLOS PROPERTIES, LLC, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>LELAND TOWNSHIP, MICHIGAN, *et al.,*<br><br>Defendants. | Judge Paul L. Maloney<br><br>No. 26-cv-2307 |

**PLAINTIFFS' MOTION FOR PRELIMIANRY INJUNCTION**

Pursuant to Federal Rules of Civil Procedure 7(b) and 65(a) and W.D. Mich. LCivR 7.1 and 7.2, Plaintiffs respectfully ask this Court to preliminarily enjoin Leland Township and their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them, from denying Plaintiffs and others from assembling for speech, worship, prayer, or Bible study at private property in Leland Township, or from enforcing the Township's Zoning Ordinance against Plaintiffs during the pendency of this action.

As set forth more fully in Plaintiffs' accompanying Memorandum of Law in Support of Motion for Preliminary Injunction, Declarations in support of this motion, the Verified Complaint (ECF 12), and the referenced exhibits, Plaintiffs satisfy the requirements for preliminary injunctive relief. In particular, Plaintiffs have demonstrated that: (1) they are likely to succeed on the merits of their claims; (2) absent preliminary injunctive relief, they will suffer immediate and irreparable injury; (3) the balance of equities favors the requested injunction; and (4) the public interest favors protecting Plaintiffs' constitutional and statutory rights.

Plaintiffs therefore respectfully request that this Court enter a preliminary injunction that:

1. Enjoins Leland Township and its officials and agents ("Leland Township" or "Defendants") from enforcing Leland Township's Zoning Ordinance and any prohibition against Plaintiffs and others from assembling for religious speech, Bible Study and fellowship at private property, including the property on North Lake Street.
2. Enjoins Leland Township from imposing or threatening any civil, criminal, zoning, or other penalty against Plaintiffs or others related to persons assembling for speech, prayer, Bible study or fellowship at private property in Leland Township, including the North Lake Street property.
3. Permit Plaintiffs and other persons they invite to assemble for speech, Bible study prayer and fellowship at private property in Leland Township including the North Lake Street property during the pendency of this action, or being subjected to the provisions of, or enforcement provisions of, Leland Township's Zoning Ordinance, Master Plan and General Ordinances providing for penalties related to any violation of the Township's Zoning Ordinance and other Township ordinances.
4. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs request that no security or bond is required, or alternatively that any security be fixed in a nominal amount, for the reasons stated in Plaintiffs' accompanying memorandum; and,
5. Granting Plaintiffs such other and further relief as the Court deems just and appropriate.

Plaintiffs have provided Defendants notice of this Motion and the supporting exhibits as required by Federal Rule of Civil Procedure 65(a)(1).

A proposed order complying with Federal Rule of Civil Procedure 65(d) is submitted contemporaneously with this Motion.

Respectfully submitted,

*/s/ Mark F. (Thor) Hearne, II*
MARK F. (THOR) HEARNE, II
TRUE NORTH LAW, LLC
112 South Hanley Road, Suite 200
St. Louis, MO 63105
Phone: (314) 296-4000
thor@truenorthlawgroup.com
Michigan Bar No. P40231

TODD MILLAR
PARKER HARVEY, PLC
901 S. Garfield Ave., Suite 200
Traverse City, MI 49686
Michigan Bar No. P48819
Phone: (231) 486-4519
tmillar@parkerharvey.com

*Counsel for the Plaintiffs*