UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| APOLLOS PROPERTIES, LLC, *et al.*,<br>Plaintiffs,<br><br>-v-<br><br>LELAND TOWNSHIP, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 1:26-cv-2307<br><br>Honorable Paul L. Maloney |

**ORDER STRIKING RESPONSE**

Defendants filed a response, ECF No. 16, to Plaintiff's motion for a preliminary injunction. Defendants attached over 320 pages as exhibits to their brief. Exhibit A, which spans over 200 pages, appears to be Leland Townships entire zoning ordinance.

The Local Rules contain limits on the number of pages of exhibits and attachments to motions, 200 pages. W.D. Mich. LCivR 7.1(b). Defendants' submission violates the Local Rule and, therefore, the court **STRIKES** Defendants' response. ECF No. 16.

Defendants may refile its response with a confirming number of attachments no later than Friday, November 13, 2026. **IT IS SO ORDERED.**

Date: November 4, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge